**Dismiss and Opinion Filed March 4, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00824-CV**

**SAM NAEEMIPOOR, Appellant**
**V.**
**MIDLAND FUNDING LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-02600-2019**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Goldstein
Opinion by Justice Partida-Kipness

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and appellant's brief to be filed by January 6, 2021. By postcard dated January 8, 2021, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file his brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a

brief, filed a further extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

200824F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SAM NAEEMIPOOR, Appellant

No. 05-20-00824-CV     V.

MIDLAND FUNDING LLC, Appellee

On Appeal from the County Court at Law No. 2, Collin County, Texas Trial Court Cause No. 002-02600-2019.

Opinion delivered by Justice Partida-Kipness. Justices Pedersen, III and Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee MIDLAND FUNDING LLC recover its costs of this appeal from appellant SAM NAEEMIPOOR.

Judgment entered this 4th day of March, 2021.